FILED IN THE
UNITED STATES
BANKRUPTCY COURT

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

DEPOSIT OF UNCLAIMED FUNDS

DISTRICT OF UTAH
MAIL

| In re:<br>BENJAMIN J MOA<br>CHRISTINA V MOA<br>Debtor(s). | CHAPTER # 7<br>BANKRUPTCY # 08-21981 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

\_\_A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

 X \_B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**          **CHECK AMOUNT**
Express Recovery                              $2.87
P.O. Box 26415
Salt Lake City, UT 84126

The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$2.87** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 10th day of June, 2010.

/s/
Steven R. Bailey, Trustee